FILED

SEP 1 7 2012

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
                      DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cr. No._____ |
| | § | USAO No. 2012R10517 |
| v. | § | A12CR 349 LY |
| | § | **INFORMATION** |
| | § | |
| JANET WATSON | § | [Violation: 18 U.S.C. 2113(b); |
| | § |   Bank Theft] |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One

From in or about August of 2009 and continuing until in or about December 2011, in the the Western District of Texas,

**JANET WATSON,**

defendant herein, did take and carry away with intent to steal and purloin approximately $34,450 in money, having a value exceeding $1000, belonging to, and in the care, custody, control, management and possession of First State Bank of Central Texas, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(b).

ROBERT PITMAN
UNITED STATES ATTORNEY

By:_____
Ashley C. Hoff
Assistant United States Attorney